## (November 4, 1960)

■ JANET McLAUGHLIN v. EDWIN McLAUGHLIN.— Motion for an order permitting appeal to be added to the November 15, 1960 Non-Enumerated Calendar denied. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of CREDIT DEPARTMENT, INC., et al., Appellants, v. JULIUS J. BLUMENFELD, Respondent.— Motion for a stay denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

## (November 7, 1960)

■ HERMAN LEVIN v. COLUMBIA BROADCASTING SYSTEM, INC., et al.— Motion for stay granted on condition that the appellants procure the record on appeal and appellants' points to be served on or before November 12, 1960 and filed on or before November 14, 1960, with notice of argument for December 1, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before November 23, 1960. The stay contained in the order to show cause, dated October 26, 1960, is continued pending the hearing and determination of the appeal. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

## (November 10, 1960)

■ In the Matter of the Arbitration between HARRY W. GRAFF, INC., and CIRKER'S MOVING AND STORAGE CO., INC.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before November 18, 1960, with notice of argument for December 1, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before November 23, 1960. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.